**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2028**

In re:  RICO JARUIASE JOY

Petitioner.

On Petition for Writ of Audita Querela.
(No. 4:06-cr-01317-TLW-6)

Submitted:  October 11, 2012          Decided:  October 15, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Rico Jaruiase Joy, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rico Jaruiase Joy petitions for a writ of audita querela. Joy is not entitled to the relief he seeks and we therefore deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2